UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARVIN D. RICHARD,

Petitioner,

v.

JOE GENTRY, *et al.*,

Respondents.

Case No. 2:18-cv-00181-KJD-NJK

ORDER

In this habeas corpus action, the petitioner, Marvin D. Richard, was due to file a second amended habeas petition by July 6, 2018. *See* Order entered March 29, 2018 (ECF No. 14).

On July 6, 2018, petitioner filed a motion for an extension of time (ECF No. 16), requesting a 90-day extension of time, to October 4, 2018, to file his second amended petition. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court will grant the motion for extension of time. However, in light of the amount of time petitioner will have had to file a first, and now a second, amended petition (more than six months, total), the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 16) is **GRANTED**. Petitioner will have until **October 4, 2018**, to file a second amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS 11 day of July, 2018.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE