UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Marvin D. Richard,

    Petitioner

    v.

Joe Gentry, *et al.*,

    Respondents.

Case No. 2:18-cv-00181-KJD-NJK

Order

In this habeas corpus action, on October 4, 2018, the petitioner, Marvin D. Richard, filed a second amended petition for writ of habeas corpus, along with several exhibits in support of the petition (ECF Nos. 18, 19, 21, 22). Richard also filed a motion for leave to file an exhibit under seal (ECF No. 20). In that motion, Richard requests leave of court to file under seal, as Exhibit 35, a copy of a psychological evaluation regarding himself. Respondents did not respond to the motion.

There is a strong presumption in favor of public access to judicial filings and documents. *See Nixon v. Warner Communication, Inc.*, 435 U.S. 589, 597 (1978); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003). However, the court has inherent power over its own records and files, and access may be denied where the court determines that the documents may be used for "improper purposes." *See Nixon*, 435 U.S. at 598; *Kamakana*, 447 F.3d at 1179; *Hagestad v. Tragesser*, 49 F.3d 1430, 1433-34 (9th Cir. 1995). Richard asserts in his motion that the psychological assessment should be filed under seal to protect his privacy, and out of respect for the state courts, which held it under seal in his state post-conviction proceedings.

The Court finds that there is good cause for this exhibit to be filed under seal.

///

///

**IT IS THEREFORE ORDERED** that the petitioner's Motion for Leave to File Exhibits Under Seal (ECF No. 20) is **GRANTED**. Petitioner is granted leave of court to file Exhibit 35 under seal. As that exhibit has already been filed under seal (ECF No. 21), no further action is necessary in this regard.

DATED THIS 22 day of October, 2018.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE