UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN D. RICHARD,

    Petitioner,

v.

JOE GENTRY, *et al.*,

    Respondents.

Case No. 2:18-cv-00181-KJD-NJK

ORDER

In this habeas corpus action, the petitioner, Marvin D. Richard, represented by counsel, filed a second amended habeas petition on October 4, 2018 (ECF No. 18). Respondents were then due to file a response to the second amended petition by December 3, 2018. *See* Order entered March 29, 2018 (ECF No. 14) (December 2 is a Sunday).

On November 30, 2018, Respondents filed a motion for an extension of time (ECF No. 25), requesting an extension of time to January 31, 2019 – a 59-day extension – to file their response to the second amended petition. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Richard's counsel does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 25) is **GRANTED**. Respondents will have until **January 31, 2019**, to file a response to the second amended petition for writ of habeas corpus.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS <u>6th</u> day of <u>December</u>, 2018.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE