UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN D. RICHARD,

    Petitioner,
       v.

JOE GENTRY, *et al.*,

    Respondents.

Case No. 2:18-cv-00181-KJD-NJK

ORDER

In this habeas corpus action, the petitioner, Marvin D. Richard, represented by counsel, filed a second amended habeas petition on October 4, 2018 (ECF No. 18). Respondents were due to file a response to the second amended petition by January 31, 2019. *See* Order filed March 29, 2018 (ECF No. 14); Order filed December 7, 2018 (ECF No. 26).

On January 30, 2019, Respondents filed a motion for an extension of time (ECF No. 27), requesting a 46-day extension of time, to March 18, 2019 (March 17 is a Sunday). This would be the second extension of this deadline; the first was for 59 days. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Richard's counsel does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant this extension of time as requested.

Given the amount of time that Respondents will have had to respond to the second amended petition, the Court will not look favorably upon any motion to further extend this deadline.

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 27) is **GRANTED**. Respondents will have until **March 18, 2019**, to file a response to the second amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS _31__ day of __January_____, 2019

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE