UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN D. RICHARD,

Petitioner,

v.

JOE GENTRY, *et al.*,

Respondents.

Case No. 2:18-cv-00181-KJD-NJK

**ORDER**

In this habeas corpus action, the petitioner, Marvin D. Richard, represented by counsel, filed a motion for leave to file a third amended habeas petition (ECF No. 29), and a motion for leave to file exhibits under seal (ECF No. 30), on March 15, 2019. Respondents' responses to both motions were due on March 29, 2019. *See* LR 7-2(b).

On March 29, 2019, Respondents filed a motion for extension of time (ECF No. 45), requesting a 7-day extension of time, to April 5, 2019, for their response to the motion for leave to amend. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Richard's counsel does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant this extension of time as requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 45) is **GRANTED**. Respondents will have until **April 5, 2019**, to file a response to the petitioner's motion for leave to file a third amended habeas petition (ECF No. 29).

1

**IT IS FURTHER ORDERED** that, in all other respects, the sched... proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS 22 day of March, 2019.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE