UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN D. RICHARD,

Petitioner,

v.

JOE GENTRY, *et al.*,

Respondents.

Case No. 2:18-cv-00181-KJD-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 53)**

In this habeas corpus action, the petitioner, Marvin D. Richard, represented by appointed counsel, filed a third amended petition for writ of habeas corpus on April 22, 2019 (ECF No. 18). Respondents then filed a motion to dismiss (ECF No. 52) on May 22, 2019. Richard was to respond to the motion to dismiss by July 22, 2019. *See* Order entered March 29, 2018 (ECF No. 14) (60 days for response).

On July 22, 2019, Richard filed a motion for extension of time (ECF No. 53), requesting a 60-day extension of time, to September 20, 2019, to file his response to the motion to dismiss. Richard's counsel states that the extension of time is necessary because of the complexity of this case and his obligations with respect to other cases. This would be the first extension of this deadline. The respondents do not oppose the motion for extension of time.

The Court finds that Richard's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time, as requested; however, in view of the amount of time that Richard will have had to respond to the motion to dismiss – some four months – the Court will not look favorably upon any motion to further extend this deadline.

1

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 53) is **GRANTED**. Petitioner will have until and including **September 20, 2019**, to file a response to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS 30 day of July, 2019.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE