UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN D. RICHARD,

Petitioner,

v.

JERRY HOWELL, *et al.*,

Respondents.

Case No. 2:18-cv-00181-KJD-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 62)**

In this habeas corpus action, the respondents were due to file an answer by February 4, 2020. *See* Order entered November 6, 2019 (ECF No. 61).

On January 31, 2020, Respondents filed a motion for extension of time (ECF No. 62), requesting a 21-day extension of time, to February 25, 2020, for their answer. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 62) is **GRANTED**. Respondents will have until and including **February 25, 2020**, to file their answer.

///

///

///

///

1

1     **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

2 proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in

3 effect.

4

5     DATED THIS __4__ day of ___February___, 2020.

6

7 _____

8 KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE