UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN D. RICHARD,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:18-cv-00181-KJD-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 64)** |

In this habeas corpus action, after a 21-day extension of time, the respondents were due to file an answer by February 25, 2020. *See* Order entered November 6, 2019 (ECF No. 61); Order entered February 4, 2020 (ECF No. 63).

On February 24, 2020, Respondents filed a motion for extension of time (ECF No. 64), requesting a 7-day extension of time, to March 3, 2020, for their answer. Respondents' counsel states that the extension of time is necessary primarily because staffing changes at the office of the Nevada Attorney General. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 64) is **GRANTED**. Respondents will have until and including **March 3, 2020**, to file their answer.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS 25 day of February, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE