UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN D. RICHARD,<br><br>　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　Respondents. | Case No. 2:18-cv-00181-KJD-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 68)** |

　　In this habeas corpus action, the petitioner, Marvin D. Richard, represented by appointed counsel, was due to file a reply to Respondents' answer (ECF No. 66) by April 17, 2020. *See* Order entered March 29, 2018 (ECF No. 14).

　　On April 17, 2020, Richard filed a motion for extension of time (ECF No. 68) requesting a 60-day extension of time, to June 16, 2020, for his reply. Richard's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time.

　　The Court finds that Richard's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 68) is **GRANTED**. Petitioner will have until and including **June 16, 2020**, to file his reply.

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS 17 day of April, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE