UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN D. RICHARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　Respondents. | Case No. 2:18-cv-00181-KJD-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 70)** |

　　In this habeas corpus action, after a 60-day extension of time, the petitioner, Marvin D. Richard, represented by appointed counsel, was due to file a reply to Respondents' answer (ECF No. 66) by June 16, 2020. *See* Order entered March 29, 2018 (ECF No. 14); Order entered April 17, 2020 (ECF No. 69).

　　On June 16, 2020, Richard filed a motion for extension of time (ECF No. 70) requesting a further 45-day extension of time, to July 31, 2020, for his reply. Richard's counsel states that the extension of time is necessary because of the complexity of the motion to dismiss and his obligations in other cases. Respondents do not oppose the motion for extension of time.

　　The Court finds that Richard's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 70) is **GRANTED**. Petitioner will have until and including **July 31, 2020**, to file his reply.

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 29, 2018 (ECF No. 14) will remain in effect.

DATED THIS 16 day of June, 2020.

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE